IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
DUBLIN DIVISION

| | |
|---|---|
| SWEET MAMA PRODUCE, LLC, | * |
| Plaintiff, | * CIVIL ACTION NO. |
|  | * CV 315-057 |
| v. | * |
| GARY KNIGHT, RHETT KNIGHT, and KNIGHT FARMS INCORPORATED, | * |
| Defendants. | * |

# O R D E R

On June 29, 2015, Plaintiff Sweet Mama Produce, LLC, filed a lawsuit in diversity, alleging that Defendants Gary Knight, Rhett Knight, and Knight Farms Incorporated ("Defendants") breached a loan agreement between the parties. Plaintiff also filed a motion for preliminary injunction, seeking to enjoin Defendants from selling watermelons to third parties in violation of the loan agreement and requiring all funds from watermelons sold during the 2015 growing season be deposited into the registry of the Court.

Upon due consideration, **IT IS HEREBY ORDERED** that Defendants shall show cause why the requested preliminary injunction should not be granted at a hearing at 10:00 a.m. on Tuesday, July 7, 2015, at the Federal Justice Center, Augusta, Georgia. **IT IS FURTHER ORDERED** that Plaintiff shall serve a

copy of the summons and complaint and this Order upon Defendants forthwith. The Clerk of Court shall also mail a copy of this Order to each Defendant at the address provided in the Verified Complaint.

**ORDER ENTERED** at Augusta, Georgia, this 30th day of June, 2015.

                                                  */s/ Dudley H. Bowen, Jr.*
                                                  UNITED STATES DISTRICT JUDGE